# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| Carpenters Pension Fund of Illinois, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 20 C 50253 |
| v. | ) | |
| | ) | Judge Margaret J. Schneider |
| Kyler Construction, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER, REPORT AND RECOMMENDATION

Hearing held on 07/19/2022 on Plaintiffs' motion for a default judgment [59], [65]. The motion and notice of hearing were served on the Defendant's registered agent on 06/07/2022 by certified mail/return receipt requested [69], [69-1]. Defendant failed to appear. The motion seeks judgment in the amount of $315,947.65 for unpaid contributions, liquidated damages, and interest, plus $1,563.00 for the performance of an audit examination and audit reports, plus $9,645.50 for attorneys' fees and costs, for a total judgment of $327,156.15. The motion includes an affidavit of a fund administrator and copies of audit reports that calculate the unpaid contributions, liquidated damages, and interest sought [62]. The filings also include timesheets and affidavits from counsel in support of the fees and costs sought [60], [61]. According to attorney Catherine M. Chapman's affidavit, she and her associates spent 40 hours in investigation, preparation, and court appearances, at an approximate hourly rate of $165.00 for a total of $6,547.50, plus $730.00 incurred in costs. According to attorney John P. Leahy's affidavit and timesheets, he spent 9.60 hours at the hourly rate of $205 for a total of $1,968.00, plus $400.00 incurred in costs. The Court has reviewed counsels' affidavits and timesheets regarding billing records and determines that the hours spent were reasonable, as are counsels' billing rates and costs. Accordingly, it is this Court's Report and Recommendation that the district court grant the Plaintiffs' motion for a default judgment [59], [65] and enter judgment in the amount of $327,156.15 in favor of the Plaintiffs. Any objection is due by 08/02/2022. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: 07/19/2022                               ENTER:

United States Magistrate Judge