# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Carpenters Pension Fund of Illinois, et al., <br>     Plaintiffs, <br><br> v. <br><br> Kyler Construction, Inc., <br>     Defendant. | Case No. 20 CV 50253 <br><br> Judge Iain D. Johnston |

## ORDER

An order of default previous entered against defendant Kyler Constructions, Inc. Dkt. 55. Before the Court is Judge Schneider's Report and Recommendation that a default judgment be entered against the defendant in the amount of $327,156.15, consisting of unpaid contributions, liquidated damages, and interest ($315,947.65), the costs of an audit ($1,563), and fees and costs ($9,645.50). Judge Schneider gave the defendant to 8/2/2022 to file any objection, but to date none has been filed. In the absence of any objection, the Court adopts Judge Schneider's Report and Recommendation [71] and grants the plaintiffs' motions for entry of judgment [59] and [65]. The Clerk is directed to enter judgment in the amount of $327,156.15 against defendant Kyler Construction, Inc., and to terminate this civil case. The Clerk is further directed to send a copy of this order and the judgment to the defendant's registered agent at the address given in Dkt. 69 and the e-mail address given in Dkt. 43.

Date: August 23, 2022       By: _____
                                                        Iain D. Johnston
                                                        United States District Judge